**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**


**KENNETH GARDNER**

                                            **PETITIONER**


**2:19CV00098 JM/PSH**

**DEWAYNE HENDRIX, Warden,**                       **RESPONDENT**
**Warden, Forrest City Low**


**ORDER**


       The Court has received proposed Findings and Recommendations from Magistrate

Judge Patricia S. Harris.   No objections have been filed.   After careful review, the Court

concludes that the Findings and Recommendations should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

       IT IS SO ORDERED this 23rd day of October, 2019.


                            _____
                            UNITED STATES DISTRICT JUDGE