IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KENNETH GARDNER                                                                PETITIONER

2:19CV00098 JM/PSH

DEWAYNE HENDRIX, Warden,                                                       RESPONDENT
Warden, Forrest City Low

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 23rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE